■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HELEN TRAVET, Appellant. [982 NYS2d 807]—Appeal from a judg-

ment of the Onondaga County Court (William D. Walsh, J.), rendered March 1, 2011. The judgment convicted defendant, upon a jury verdict, of grand larceny in the fourth degree (two counts) and petit larceny.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Lindley, Sconiers and Valentino, JJ.